1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

USA for the use of ROOF          )
SYSTEMS INC., etc.,              )
                                 )
                Plaintiff,       )          1:05-cv-00724 OWW LJO
                                 )
        v.                       )
                                 )
INTERNATIONAL FIDELITY, etc.,    )          ORDER DISMISSING ACTION
                                 )          WITH PREJUDICE
                                 )
                Defendant        )
_____ )


        Pursuant to the stipulation of the parties, this action is
dismissed with prejudice.

Dated: July 14, 2006                /s/ OLIVER W. WANGER

                                    _____
                                    OLIVER W. WANGER
                                    United States District Judge

1